LAW OFFICES OF JEANNIE L. BERGSTEN
100 Garden City Plaza, Suite 412B
Garden City, New York 11530
Telephone: 516-551-9577
Facsimile:  516-227-2108
*Attorneys for Defendant Tori O'Tooles, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
JERRY CANKAT, Individually,

                    Plaintiff,

      -against-

TORI O'TOOLES, INC., d/b/a
TORI O'TOOLE'S, a New York
for profit corporation,

                    Defendant.
--------------------------------------------------X     .

**15-cv-581 (SJ) (VMP)**
Hon. Sterling Johnson, Jr.

### NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER
### OR TO OTHERWISE MOVE AGAINST THE COMPLAINT

     **PLEASE TAKE NOTICE** that, pursuant to Rule 6 of the Federal Rules of Civil

Procedure, Defendant Tori O'Tooles, Inc. will move before this Honorable Court, located at 225

Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be set by the Court, for an

Order granting Defendant an extension of time to file and serve its Answer and Affirmative

Defenses and/or to otherwise move against the Complaint; and for such further relief deemed just

and proper.

     **PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendant relies

upon the accompanying Memorandum of Law, the Affirmation of Jeannie L. Bergsten dated

March 20, 2015, the exhibits annexed thereto, and all prior proceedings in this action.

     Dated: Garden City, New York
           March 20, 2015

LAW OFFICES OF JEANNIE L. BERGSTEN


By:_____

Jeannie L. Bergsten (JB 8879)
Attorneys for Defendant Tori O'Tooles, Inc.
100 Garden City Plaza, Ste. 412B
Garden City, New York 11530
Tel:  516-551-9577
Fax: 516-227-2108
Email: *JeannieB@JLBAttorney.com*


TO:   Tara Demetriades, Esq.
      ADA Accessibility Associates
      1076 Wolver Hollow Road
      Oyster Bay, New York 11771
      516-595-5009